**ORDERED ACCORDINGLY.**



**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Dated: April 04, 2011

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-14193

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Stefan Sassoon,<br>        Debtor.<br>_____<br>Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc.<br>        Movant,<br>  vs.<br><br>Stefan Sassoon, Debtor, Russell A. Brown, Trustee.<br><br>        Respondents. | No. 2:09-BK-10044-GBN<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #60) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 28, 2003 and recorded in the office of the Gilmer County Recorder wherein Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. is the current beneficiary and Stefan Sassoon, Stefan Sassoon, Stefan Sassoon have an interest in, further described as:

> All that tract or parcel of land lying and being in the 7th District and 2'" Section of Gilmer County, Georgia and being a part of Land Lot No. 76, 104 and 105, being more particularly described as Lot I5 Cherry Lake Subdivision, Phase One containing 0.99 acres of land, more or less as shown on that survey and plat dated the 27th day of October, 1994, that was prepared by Bums L. Jeffries, G.R.L.S. No. 2036. Said plat is recorded in Plat Book 24, Page 221, in the Office of the Clerk of the Superior Court of Gilmer County, Georgia. Said plat is hereby made a part of this deed by reference thereto for a more complete description of the above described property.

> This conveyance is subject to the Covenants, Conditions and Restrictions for Cherry Lake Subdivision recorded in Deed book 287, Page 24, Gilmer County Records.

> Said property is conveyed subject to all easements, restrictions, and rights of way as set forth on said recorded plat or as appearing of record.

> The above described property is the same property that was conveyed to Samuel Herbert Sandy by Warranty Deed dated the 4th day of February, 2003 from Connie N. Murrell, said deed being recorded in Deed Book 927, Page 277, in the Office of the Clerk of the Superior Court for Gilmer County, Georgia.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.